# LUMER & NEVILLE

Attorneys At Law

MICHAEL B. LUMER
JAMES C. NEVILLE

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007
WWW.LUMERNEVILLE.COM

(212) 566-5060
FACSIMILE (212) 406-6890

September 18, 2015

**By ECF**
Hon. Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: **Thomas, et al., v. City of New York, et al.,**
      **14 CV 7513 (ENV) (VMS)**

Dear Judge Scanlon:

  I am a member of Lumer & Neville and lead counsel for plaintiffs in the above referenced matter, and write to respectfully request an order pursuant to Local Rule 1.4 removing Chaya Gourarie as counsel for plaintiffs. Ms. Gourarie is no longer employed by Lumer & Neville and will no longer be appearing for any of the plaintiffs in this action.

           Respectfully submitted,

           /s/

           Michael Lumer

cc: Elissa Jacobs, ACC (By ECF)