**Record of Conference and Orders: Vera M. Scanlon, USMJ**   Date: 12/22/2015

Case: Thomas v City of NY

Civ. A. 14 - 6157 ENV (VMS)

**ECF Recording in 504N:**  ☑ Telephone Conference   ☐ In-person Conference

11:02 – 11:15

**Counsel:** *(See separately docket entry or document for specific appearances)*

☑ Counsel for Plaintiff(s) ☐ Pro Se Plaintiff(s) ☑ Counsel for Defendant(s) ☐ Pro Se Defendant(s)

**Conference Type:**

☐ Initial Conference ☑ Status Conference ☐ Settlement Conference ☑ Motion Hearing ☐ Discovery Conference ☐
☐ JPTO Conference ☐ Other _____

**Further to the conference, discovery and other scheduling dates are as follows:**
*(If dates previously set by the Court are not reset, they remain as stated in the previous order.)*

☐ Motions decided on the record — Motion for protective order granted in part / denied in part

☐ Rule 26(a) disclosures, incl. supplements

☐ Document requests to be served

☐ Interrogatories to be served

☐ Amended pleadings, incl. joinder    ☐ To be served    ☐ To be filed
    ☐ Complaint ☐ Answer              ☐ On consent ☐ By motion ☐ By PMC letter

☐ Joint status letter ☐ Stip of dismissal to be filed

☐ Status conference    Date:    Time:
    ☐ In person ☐ Telephone (718) 613-2300    To be organized by:

☐ Specific depositions to be held

☐ Fact discovery closes

☐ Expert disclosures to be served

☐ Initial expert report(s) to be served

☐ Rebuttal expert report(s) to be served

☐ Expert discovery closes

☐ All discovery closes

☐ Joint letter confirming discovery is concluded

☐ Summary judgment to be initiated    ☐ PMC letter ☐ Briefing

☐ Joint pre-trial order to be filed    ☐ Letter for conference ☐ Proposed JPTO

☐ Proposed confidentiality order to be filed

☐ Consent to Magistrate Judge to be filed

☐ Settlement Conference    Date:    Time:

Page 1 of __

Vera M. Scanlon, USMJ
Conference Orders, Continued

Case: __Thomas v City of NY__ Civ. A. __14-6157__

Date: __12/22/2015__

**Additional Orders:**

The deposition dispute was resolved on the record. Regarding the law enforcement privilege assertion and questions relating to the investigation which led to the search warrant issuance.

Page ___ of ___