Thomas v. City of New York
14 CV 7513 (ENV) (VMS)

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 6/2/2014 | ML | | | | |
| 6/2/2014 | ML | Intake meeting w/Ali Kettrles | 1.4 | 700.00 | 700.00 |
| 6/2/2014 | ML | | | | |
| 6/11/2014 | ML | | | | |
| 6/11/2014 | ML | | | | |
| 6/11/2014 | ML | | | | |
| 6/18/2014 | ML | | | | |
| 6/18/2014 | ML | | | | |
| 6/18/2014 | ML | | | | |
| 6/18/2014 | ML | Intake meeting w/Alonzo Sealey | 1.0 | 500.00 | 500.00 |
| 7/21/2014 | ML | | | | |
| 7/21/2014 | ML | | | | |
| 7/23/2014 | ML | | | | |
| 8/11/2014 | ML | | | | |
| 8/11/2014 | ML | | | | |
| 8/11/2014 | ML | | | | |
| 10/3/2014 | ML | Intake meeting w/Dwyte Pilgrim | 0.8 | 400.00 | 400.00 |
| 10/7/2014 | ML | TC w/Ryan Clyne re: possible representation | 0.2 | 100.00 | 100.00 |
| 10/8/2014 | ML | Intake meeting w/Ryan Clyne | 0.6 | 300.00 | 300.00 |
| 10/17/2014 | ML | Intake meeting w/Brandon Thomas | 0.7 | 350.00 | 350.00 |
| 11/18/2014 | ML | | | | |
| 11/24/2014 | ML | | | | |
| 12/22/2014 | ML | Organize file, draft complaint | 6.2 | 3,100.00 | 3,100.00 |
| 12/26/2014 | ML | Revise, filie complaint, cover sheet, summons | 4.0 | 2,000.00 | 2,000.00 |
| 3/20/2015 | ML | Review defs' motion to ext time to answer | 0.1 | 50.00 | 50.00 |
| 3/23/2015 | ML | Review ECF bounce re: defs' extension of time to answer | 0.1 | 50.00 | 50.00 |
| 3/27/2015 | ML | TC w/ACC Jacobs; email to/from ACC Jacobs, re: service address for defendant Ortiz | 0.3 | 150.00 | 150.00 |
| 4/8/2015 | ML | | | | |
| 5/13/2015 | ML | TC w/ACC Jacobs re: CMP | 0.2 | 100.00 | 100.00 |
| 5/15/2015 | ML | TC w/Ryan Clyne re: status | 0.2 | 100.00 | 100.00 |
| 5/22/2015 | ML | Review, edit plaintiffs' initial disclosures | 0.3 | 150.00 | 150.00 |
| 5/27/2015 | ML | Conf w/James Neville re: covering initial conference, outlining case | 0.3 | 150.00 | 150.00 |
| 5/28/2015 | ML | TC w/James Neville re: initial conference | 0.3 | 150.00 | 150.00 |
| 5/29/2015 | ML | Review ECF bounce re: scheduling order | 0.1 | 50.00 | 50.00 |
| 6/1/2015 | ML | TC w/ACC Jacobs | 0.4 | 200.00 | 200.00 |
| 6/2/2015 | ML | Conf w/Chaya Gourarie re: disc issues | 0.3 | 150.00 | 150.00 |
| 6/9/2015 | ML | Review file, conf w/Chaya Gourarie re: drafting disc demands | 0.4 | 200.00 | 200.00 |

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 6/11/2015 | ML | Review defs' initial disclosures and documents | 1.1 | 550.00 | 550.00 |
| 7/4/2015 | ML | Review, edit discovery demands | 1.0 | 500.00 | 500.00 |
| 7/8/2015 | ML | Edit discovery demands | 1.0 | 500.00 | 500.00 |
| 7/10/2015 | ML | TC w/ACC Jacobs | 0.1 | 50.00 | 50.00 |
| 7/15/2015 | ML | TC w/Alonzo Sealey re: status | 0.2 | 100.00 | 100.00 |
| 7/17/2015 | ML | Draft plaintiffs' disc rsps | 3.8 | 1,900.00 | 1,900.00 |
| 7/28/2015 | ML | | | | |
| 7/28/2015 | ML | Edit, serve plaintiffs' disc resps | 2.4 | 1,200.00 | 1,200.00 |
| 8/3/2015 | ML | TC w/ACC Jacobs re: joint ltr, poss settlement, disc issues | 0.4 | 200.00 | 200.00 |
| 8/3/2015 | ML | Draft status letter | 0.4 | 200.00 | 200.00 |
| 8/4/2015 | ML | Review, file status letter | 0.5 | 250.00 | 250.00 |
| 8/10/2015 | ML | TC w/ACC Jacobs re: disc issues and upcoming conf | 0.3 | 150.00 | 150.00 |
| 8/11/2015 | ML | Email to ACC Jacobs w/courtesy copy of plaintiffs' disc resps | 0.1 | 50.00 | 50.00 |
| 8/11/2015 | ML | Prep for teleconf w/Court | 0.3 | 150.00 | 150.00 |
| 8/11/2015 | ML | Attend teleconf w/Court | 0.9 | 450.00 | 450.00 |
| 8/13/2015 | ML | TC w/ACC Jacobs re: disc and settlement issues | 0.3 | 150.00 | 150.00 |
| 8/21/2015 | ML | TC w/ACC Jacobs re: disc and settlement issues | 0.1 | 50.00 | 50.00 |
| 8/27/2015 | ML | TC w/Ryan Clyne re: settlement | 0.4 | 200.00 | 200.00 |
| 8/27/2015 | ML | TC w/B Thomas re: settlement | 0.3 | 150.00 | 150.00 |
| 8/27/2015 | ML | | | | |
| 8/27/2015 | ML | TC w/Ali Kettrles re: settlement | 0.3 | 150.00 | 150.00 |
| 8/27/2015 | ML | TC w/Alonzo Sealey re: settlement | 0.3 | 150.00 | 150.00 |
| 8/27/2015 | ML | Attempt to contact Sheldon Nyack and Dwyte Pilgrim re: settlement | 0.2 | 100.00 | 100.00 |
| 8/28/2015 | ML | | | | |
| 8/28/2015 | ML | | | | |
| 8/28/2015 | ML | | | | |
| 8/28/2015 | ML | | | | |
| 8/28/2015 | ML | | | | |
| 8/28/2015 | ML | | | | |
| 8/31/2015 | ML | TC w/Dwyte Pilgrim re: settlement | 0.4 | 200.00 | 200.00 |
| 8/31/2015 | ML | | | | |
| 8/31/2015 | ML | | | | |
| 8/31/2015 | ML | Synthesize plaintiffs' settlement positions | 0.5 | 250.00 | 250.00 |
| 8/31/2015 | ML | Email to ACC Jacobs re: plaintiffs' settlement demand | 0.1 | 50.00 | 50.00 |
| 9/1/2015 | ML | | | | |
| 9/2/2015 | ML | TC w/ACC Jacobs re: settlement and defs' o/s disc resps | 0.2 | 100.00 | 100.00 |

Thomas v. City of New York
14 CV 7513 (ENV) (VMS)

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 9/3/2015 | ML | Initial review of defs' disc rsps | 0.3 | 150.00 | 150.00 |
| 9/3/2015 | ML | Emails w/ACC Jacobs re: defs' disc production | 0.1 | 50.00 | 50.00 |
| 9/11/2015 | ML | | | | |
| 9/16/2015 | ML | Review defs' disc resps | 1.8 | 900.00 | 900.00 |
| 9/16/2015 | ML | TC w/ACC Jacobs re: disc issues | 0.3 | 150.00 | 150.00 |
| 9/22/2015 | ML | outlining disc issues | 1.2 | 600.00 | 600.00 |
| 9/24/2015 | ML | TC w/ACC Jacobs re: settlement, disc deadlines | 0.2 | 100.00 | 100.00 |
| 9/25/2015 | ML | Attend teleconf w/court | 0.3 | 150.00 | 150.00 |
| 9/28/2015 | ML | Draft letter to defs re: defs' disc deficiencies | 3.0 | 1,500.00 | 1,500.00 |
| 10/16/2015 | ML | Draft dep notices for defs | 0.3 | 150.00 | 150.00 |
| 10/16/2015 | ML | Emails w/ACC Jacobs re: defs' disc and deps | 0.3 | 150.00 | 150.00 |
| 10/16/2015 | ML | Review file re: o/s and other disc issues | 0.3 | 150.00 | 150.00 |
| 10/19/2015 | ML | TC w/ACC Jacobs re: disc issues and deps | 0.5 | 250.00 | 250.00 |
| 10/19/2015 | ML | Draft revised interrogatories (Drafting revised interrogatories 6-31) | 2.3 | 1,150.00 | 1,150.00 |
| 10/21/2015 | ML | Emailt to ACC Jacobs re: 10/19 TC confirming agreement re: disc | 0.3 | 150.00 | 150.00 |
| 10/22/2015 | ML | Email from ACC Jacobs re: disc issues | 0.1 | 50.00 | 50.00 |
| 10/23/2015 | ML | Draft, file motion to compel defs' production of disc | 3.7 | 1,850.00 | 1,850.00 |
| 10/26/2015 | ML | Email exchange w E Jacobs re: lab, field test reports | 0.2 | 100.00 | 100.00 |
| 10/28/2015 | ML | Review defs' opposition to motion | 1.5 | 750.00 | 750.00 |
| 10/28/2015 | ML | Research contention interrogatories | 1.5 | 750.00 | 750.00 |
| 10/28/2015 | ML | Review defs' letter re: pls' disc deficiencies | 0.3 | 150.00 | 150.00 |
| 10/29/2015 | ML | TC w/Lonnie Hart re: state court case | 0.5 | 250.00 | 250.00 |
| 10/29/2015 | ML | Email to ACC Jacobs re: other Ptfs | 0.2 | 100.00 | 100.00 |
| 10/29/2015 | ML | Review ECF bounce re: conf on motion to compel | 0.1 | 50.00 | 50.00 |
| 10/29/2015 | ML | Emails w/ACC Jacobs re: four state court plaintiffs | 0.2 | 100.00 | 100.00 |
| 10/29/2015 | ML | TC w/ACC Jacobs | 0.2 | 100.00 | 100.00 |
| 10/29/2015 | ML | | | | |
| 11/4/2015 | ML | TC w/Ryan Clyne re: status | 0.2 | 100.00 | 100.00 |
| 11/9/2015 | ML | TC w/ACC Jacobs re: outstanding disc issues | 0.3 | 150.00 | 150.00 |
| 11/10/2015 | ML | Prep for court conf | 1.0 | 500.00 | 500.00 |
| 11/10/2015 | ML | Travel to/from court | 0.8 | 400.00 | 200.00 |
| 11/10/2015 | ML | Attend in-court conf | 1.0 | 500.00 | 500.00 |
| 11/16/2015 | ML | Email exchange w/ACC Jacobs re: deps | 0.5 | 250.00 | 250.00 |
| 11/18/2015 | ML | TC w/ACC Jacobs re: scheduling | 0.3 | 150.00 | 150.00 |
| 11/19/2015 | ML | Rev scheduling bounce | 0.1 | 50.00 | 50.00 |
| 12/1/2015 | ML | TC w/Lonnie Hart; email to Hart w/disc materials | 0.5 | 250.00 | 250.00 |
| 12/2/2015 | ML | TC w/ACC Jacobs (multiple) | 0.3 | 150.00 | 150.00 |
| 12/2/2015 | ML | Emails w/ACC Jacobs re: dep dates | 0.3 | 150.00 | 150.00 |

Thomas v. City of New York
14 CV 7513 (ENV) (VMS)

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 12/2/2015 | ML | Emails w/ACC Jacobs er: joint status ltr, edit status ltr | 0.7 | 350.00 | 350.00 |
| 12/3/2015 | ML | Email/conf w/JA re: scheduling and tracking plaintiffs' deps | 0.4 | 200.00 | 200.00 |
| 12/3/2015 | ML | Prep for teleconf | 0.4 | 200.00 | 200.00 |
| 12/3/2015 | ML | TC w/ACC Jacobs re: disc and scheduling issues | 0.3 | 150.00 | 150.00 |
| 12/3/2015 | ML | Attend teleconf w/court | 0.4 | 200.00 | 200.00 |
| 12/3/2015 | ML | Initial review of defs' supp disc resps | 0.4 | 200.00 | 200.00 |
| 12/4/2015 | ML | Review ECF bounce re: scheduling order | 0.1 | 50.00 | 50.00 |
| 12/7/2015 | ML | TC and email w/ACC Jacobs re: scheduling, disc issues | 0.4 | 200.00 | 200.00 |
| 12/7/2015 | ML | Conf w/JA re: organzing file, client contact info | 0.3 | 150.00 | 150.00 |
| 12/8/2015 | ML | Review file and emails w/ACC Jacob re: dep scheduling | 0.4 | 200.00 | 200.00 |
| 12/9/2015 | ML | Email w/ACC Jacobs re: identifyiing all 11 non parties | 0.1 | 50.00 | 50.00 |
| 12/9/2015 | ML | Review non-party disc | 1.3 | 650.00 | 650.00 |
| 12/11/2015 | ML | TC w/ACC Jacobs re: disc and deps | 0.3 | 150.00 | 150.00 |
| 12/11/2015 | ML | | | | |
| 12/11/2015 | ML | | | | |
| 12/11/2015 | ML | Review file re: organizing defs' disc production (1-943) | 1.5 | 750.00 | 750.00 |
| 12/14/2015 | ML | Email to ACC Jacobs re: o/s disc issue | 0.1 | 50.00 | 50.00 |
| 12/15/2015 | ML | TC and email w/ACC Jacobs re: disc issues | 0.4 | 200.00 | 200.00 |
| 12/15/2015 | ML | Select, assemble Ortiz docs and exhibits | 2.5 | 1,250.00 | 1,250.00 |
| 12/15/2015 | ML | Review prior Ortiz dep testimony (Deus) | 1.2 | 600.00 | 600.00 |
| 12/16/2015 | ML | Email to ACC Jacobs re: o/s resps to revised interrogs, other disc issue | 0.2 | 100.00 | 100.00 |
| 12/16/2015 | ML | Outline Ortiz dep | 2.7 | 1,350.00 | 1,350.00 |
| 12/16/2015 | ML | | | | |
| 12/16/2015 | ML | | | | |
| 12/17/2015 | ML | | | | |
| 12/17/2015 | ML | | | | |
| 12/17/2015 | ML | Attend Hippolyte dep | 1.8 | 900.00 | 900.00 |
| 12/17/2015 | ML | Travel to/from def counsel for Hippolyte dep | 0.3 | 150.00 | 75.00 |
| 12/17/2015 | ML | Email to ACC Jacobs re: disc issue and dupl document number | 0.1 | 50.00 | 50.00 |
| 12/18/2015 | ML | | | | |
| 12/18/2015 | ML | Attend Fray dep | 3.0 | 1,500.00 | 1,500.00 |
| 12/18/2015 | ML | Travel to/from def counsel for Fray dep | 0.3 | 150.00 | 75.00 |
| 12/18/2015 | ML | TC w/ACC Jacobs | 0.2 | 100.00 | 100.00 |
| 12/18/2015 | ML | Review, organize file re: identifying location, identiity and sequence | 1.5 | 750.00 | 750.00 |
| 12/20/2015 | ML | Review disc production in advance of Ortiz dep | 6.5 | 3,250.00 | 3,250.00 |
| 12/21/2015 | ML | TC w/ACC Jacobs re: dep start times | 0.3 | 150.00 | 150.00 |
| 12/21/2015 | ML | Emails w/ACC Jacobs re: disc issues | 0.3 | 150.00 | 150.00 |
| 12/21/2015 | ML | Finalize Ortiz outline | 4.5 | 2,250.00 | 2,250.00 |

Thomas v. City of New York
14 CV 7513 (ENV) (VMS)

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 12/22/2015 | ML | Prep for Ortiz dep, organize exhibits | 0.5 | 250.00 | 250.00 |
| 12/22/2015 | ML | Attend Ortiz dep | 6.3 | 3,150.00 | 3,150.00 |
| 12/23/2015 | ML | Research warrant issues; outlining open issues; organzing file | 3.8 | 1,900.00 | 1,900.00 |
| 12/30/2015 | ML | Email to ACC Jacobs re: disc and deps | 0.1 | 50.00 | 50.00 |
| 1/4/2016 | ML | TC and email w/ACC Jacobs re: settlement, disc issues | 0.4 | 200.00 | 200.00 |
| 1/4/2016 | ML | Review disc and dep scheduling issues | 0.5 | 250.00 | 250.00 |
| 1/5/2016 | ML | Email to ACC Jacobs re: o/s disc issues | 0.2 | 100.00 | 100.00 |
| 1/6/2016 | ML | Review defs' disc resps to gang membership demands | 0.8 | 400.00 | 400.00 |
| 1/6/2016 | ML | | | | |
| 1/7/2016 | ML | | | | |
| 1/8/2016 | ML | TC w/ACC Jacobs re: disc, scheduling | 0.3 | 150.00 | 150.00 |
| 1/11/2016 | ML | TC wRyan Clyne re: scheduling dep, settlement, status | 0.4 | 200.00 | 200.00 |
| 1/11/2016 | ML | TC w/Ali Kettrles re: scheduling dep, settlement, status | 0.4 | 200.00 | 200.00 |
| 1/11/2016 | ML | TC w/Alonzo Sealey re: scheduling dep, settlement, status | 0.3 | 150.00 | 150.00 |
| 1/11/2016 | ML | Attempt to contact Dwyte Pilgrim, B Thomas, and Ravin Cox re: scheduling dep, settlement, status | 0.4 | 200.00 | 200.00 |
| 1/11/2016 | ML | Review defs' newly produced revised disc rsps, analyze trial issues | 1.3 | 650.00 | 650.00 |
| 1/13/2016 | ML | Review both produced and o/s disc, TC w/ACC Jacobs re: gang issues | 0.9 | 450.00 | 450.00 |
| 1/21/2016 | ML | Review file, analyze and outline upcoming steps and issues | 0.3 | 150.00 | 150.00 |
| 1/25/2016 | ML | Review ECF bounce re: new conf time; emails w/ACC Jacobs re: same | 0.3 | 150.00 | 150.00 |
| 1/26/2016 | ML | TC w/ACC Jacobs re: disc and related issues | 0.3 | 150.00 | 150.00 |
| 1/26/2016 | ML | Attend teleconf w/court | 0.4 | 200.00 | 200.00 |
| 2/5/2016 | ML | Review curent scheduling order, TC w/ACC Jacobs re: same | 0.4 | 200.00 | 200.00 |
| 2/6/2016 | ML | Outline plaintiffs' portion of joint disc motion | 1.4 | 700.00 | 700.00 |
| 2/7/2016 | ML | Draft plaintiffs' portion of joint disc motion | 4.5 | 2,250.00 | 2,250.00 |
| 2/7/2016 | ML | Emailt to ACC Jacobs re: dtaft disc motion | 0.1 | 50.00 | 50.00 |
| 2/8/2016 | ML | Review defs' response/position re: disc motion | 0.3 | 150.00 | 150.00 |
| 2/8/2016 | ML | TC w/ACC Jacobs re: scheduling submission of joint motion | 0.2 | 100.00 | 100.00 |
| 2/9/2016 | ML | TC w/Ali Kettrles re: dep, settlement, status | 0.2 | 100.00 | 100.00 |
| 2/9/2016 | ML | | | | |
| 2/9/2016 | ML | TC w/ACC Jacobs re: disc motion, ext of time, settlement | 0.4 | 200.00 | 200.00 |
| 2/9/2016 | ML | Review defs' motion to ext time to submit joint disc motion | 0.1 | 50.00 | 50.00 |
| 2/11/2016 | ML | Review defs' motion, edt, draft opp to defs' motion, assembe final joint motion and exhibits | 4.0 | 2,000.00 | 2,000.00 |
| 2/12/2016 | ML | Review calendar, email to ACC Jacobs re: dep availability | 0.3 | 150.00 | 150.00 |
| 2/16/2016 | ML | Emails w/ACC Jacobs re: dep dates | 0.2 | 100.00 | 100.00 |
| 2/17/2016 | ML | Emails w/ACC Jacobs re: dep dates | 0.2 | 100.00 | 100.00 |
| 2/17/2016 | ML | | | | |
| 2/17/2016 | ML | TC w/ACC Jacobs re: scheduling (2x) | 0.4 | 200.00 | 200.00 |

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 2/17/2016 | ML | Conf w/JA, draft dep chart, share with ACC Jacobs on Dropbox | 0.8 | 400.00 | 400.00 |
| 2/17/2016 | ML | Conf w/JA re: confirming plaintiffs' available dates | 0.8 | 400.00 | 400.00 |
| 2/18/2016 | ML | Review research on plts' standing to challenge warrant validity | 1.5 | 750.00 | 750.00 |
| 2/22/2016 | ML | Meet w/Ravin Cox to prep for dep | 1.3 | 650.00 | |
| 2/22/2016 | ML | Attend Cox dep | 2.5 | 1,250.00 | 1,250.00 |
| 2/22/2016 | ML | Review o/s deps, deadlines, o/s disc issues | 0.4 | 200.00 | 200.00 |
| 2/24/2016 | ML | TC w/ACC Jacobs re: scheduling, defs' use of interns, use of other counsel to cover deps | 0.3 | 150.00 | 150.00 |
| 2/24/2016 | ML | Conf w/James Neville re: covering plts' deps, availability, status of case | 0.5 | 250.00 | 250.00 |
| 2/26/2016 | ML | Email to Ryan Lozar re: assistance w/dep coverage | 0.1 | 50.00 | 50.00 |
| 2/26/2016 | ML | TC w/ACC Jacobs | 0.2 | 100.00 | 100.00 |
| 2/28/2016 | ML | TC and email w/Ryan Lozar re: per diem assistance, possible other attorneys available for coverage | 0.8 | 400.00 | 400.00 |
| 2/29/2016 | ML | Review dep table in Dropbox, notice that file shared w/ACC Jacobs | 0.2 | 100.00 | 100.00 |
| 3/1/2016 | ML | TC w/Ryan Lozar re: coverage of deps | 0.4 | 200.00 | 200.00 |
| 3/1/2016 | ML | TC w/Lina Franco re: poss coverage of deps | 0.3 | 150.00 | 150.00 |
| 3/1/2016 | ML | Conf w/JA re: Hippolyte contact info, other client issues | 0.1 | 50.00 | 50.00 |
| 3/2/2016 | ML | Email to Lina Franco | 0.1 | 50.00 | 50.00 |
| 3/2/2016 | ML | Review dep/disc schedule | 0.1 | 50.00 | 50.00 |
| 3/3/2016 | Ml | | | | |
| 3/4/2016 | ML | | | | |
| 3/4/2016 | ML | | | | |
| 3/4/2016 | ML | | | | |
| 3/7/2016 | ML | | | | |
| 3/9/2016 | ML | | | | |
| 3/10/2016 | ML | | | | |
| 3/10/2016 | ML | Attend Nyack dep | 2.3 | 1,150.00 | 1,150.00 |
| 3/10/2016 | ML | Emails w/ACC Jacobs re: 3/25 Dewar dep | 0.2 | 100.00 | 100.00 |
| 3/14/2016 | ML | | | | |
| 3/14/2016 | ML | | | | |
| 3/14/2016 | ML | | | | |
| 3/14/2016 | ML | TC w/Dwiyte Pilgrim re: status, settlement | 0.2 | 100.00 | 100.00 |
| 3/14/2016 | ML | TC w/B Thomas re: status, settlement | 0.3 | 150.00 | 150.00 |
| 3/14/2016 | ML | TC w/A Sealey re: status, settlement | 0.1 | 50.00 | 50.00 |
| 3/14/2016 | ML | TC w/R Clyne re: status, settlement | 0.3 | 150.00 | 150.00 |
| 3/14/2016 | ML | Drafting amended complaint | 1.5 | 750.00 | 750.00 |
| 3/15/2016 | ML | Meet w/Ali Kettrles | 1.8 | 900.00 | 900.00 |
| 3/15/2016 | ML | Attend Kettreles dep | 2.6 | 1,300.00 | 1,300.00 |
| 3/15/2016 | ML | TC w/ACC Jacobs | 0.1 | 50.00 | 50.00 |

Thomas v. City of New York
14 CV 7513 (ENV) (VMS)

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 3/16/2016 | ML | | | | |
| 3/16/2016 | ML | Edit and finalize amended complaint, email to ACC Jacobs | 2.2 | 1,100.00 | 1,100.00 |
| 3/17/2016 | ML | Meet w/Alonzo Sealey to prep for dep | 2.0 | 1,000.00 | 1,000.00 |
| 3/17/2016 | ML | Attend Sealey dep | 5.0 | 2,500.00 | 2,500.00 |
| 3/17/2016 | ML | Review file re: status of disc, upcoming deps, open issues and deadlines | 0.3 | 150.00 | 150.00 |
| 3/18/2016 | ML | | | | |
| 3/18/2016 | ML | | | | |
| 3/19/2016 | ML | Conf w/JA re: contacting Lonnie Hart, getting state ct case info | 0.2 | 100.00 | 100.00 |
| 3/19/2016 | ML | | | | |
| 3/20/2016 | ML | | | | |
| 3/21/2016 | ML | | | | |
| 3/21/2016 | NB | | | | |
| 3/21/2016 | ML | | | | |
| 3/22/2016 | ML | Meet w/Brandon Thomas to prep for dep | 1.5 | 750.00 | 750.00 |
| 3/22/2016 | ML | Conf w/JN before and during Thomas prep re: dep | 0.4 | 200.00 | 200.00 |
| 3/22/2016 | ML | Conf w/JN after Thomas dep | 0.2 | 100.00 | 100.00 |
| 3/23/2016 | ML | Meet w/Jobe Leemow to prep for dep | 2.1 | 1,050.00 | |
| 3/23/2016 | ML | Attend Leemow dep | 2.6 | 1,300.00 | 1,300.00 |
| 3/23/2016 | ML | TC w/ACC Jacobs re: scheduling, case issues | 0.2 | 100.00 | 100.00 |
| 3/24/2016 | ML | TC w/ACC Jacobs re: motions to amend, appear by phone, various disc issues | 0.4 | 200.00 | 200.00 |
| 3/24/2016 | ML | Review, edit proposed amended complaint | 0.8 | 400.00 | 400.00 |
| 3/24/2016 | ML | Draft/file motion for pre-motion conf re: filing amended comp, withdrawing as counsel for A Walters | 1.0 | 500.00 | 500.00 |
| 3/24/2016 | ML | Draft/file motion to appear by phone @ 3/30 conf | 0.4 | 200.00 | 200.00 |
| 3/24/2016 | ML | | | | |
| 3/24/2016 | ML | | | | |
| 3/24/2016 | ML | Attend Zandaa Dewar dep | 3.6 | 1,800.00 | 1,800.00 |
| 3/24/2016 | ML | Review file, locate docs re: Skelton dep | 1.0 | 500.00 | 500.00 |
| 3/28/2016 | ML | Review ECF bounces | 0.1 | 50.00 | 50.00 |
| 3/28/2016 | ML | TC w/ACC Jacobs re: open issues | 0.2 | 100.00 | 100.00 |
| 3/28/2016 | ML | Review file, begin outline/prep for Skelton dep | 2.5 | 1,250.00 | 1,250.00 |
| 3/29/2016 | ML | Prep for Skelton dep | 2.0 | 1,000.00 | 1,000.00 |
| 3/29/2016 | ML | Attend Skelton dep | 4.5 | 2,250.00 | 2,250.00 |
| 3/29/2016 | ML | Notes to file re:Skelton dep | 0.3 | 150.00 | 150.00 |
| 3/29/2016 | ML | Attempt to locate Ryan Clyne re: dep; TC w/Clyne re: failure to appear | 0.5 | 250.00 | 250.00 |
| 3/29/2016 | ML | Rev Dunton issues re: Skelton/Ortiz conflict | 1.2 | 600.00 | 600.00 |
| 3/29/2016 | ML | TC w/ACC Jacobs (2x) | 0.4 | 200.00 | 200.00 |

# Thomas v. City of New York
## 14 CV 7513 (ENV) (VMS)

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 3/30/2016 | ML | Attend teleconf w/Court | 0.4 | 200.00 | 200.00 |
| 3/30/2016 | ML | Notes to file, create tables re: location of arrestees and narcotics and corresponding NYPD docs | 1.0 | 500.00 | 500.00 |
| 3/31/2016 | ML | Conf w/JA re: ordering 11/10/15 transcript | 0.1 | 50.00 | 50.00 |
| 3/31/2016 | ML | Meet w/Dwyte Pilgrim to prep for dep | 2.0 | 1,000.00 | 1,000.00 |
| 3/31/2016 | ML | Attend Pilgrim dep | 3.0 | 1,500.00 | 1,500.00 |
| 4/1/2016 | ML | TC w/ACC Jacobs re: scheduling | 0.2 | 100.00 | 100.00 |
| 4/1/2016 | ML | Conf w/JA re: scheduling, confirmatory calls | 0.3 | 150.00 | 150.00 |
| 4/4/2016 | ML | | | | |
| 4/4/2016 | ML | Attend Aimee dep | 3.5 | 1,750.00 | 1,750.00 |
| 4/4/2016 | ML | | | | |
| 4/5/2016 | ML | | | | |
| 4/5/2016 | ML | Attend Nelson dep | 2.8 | 1,400.00 | 1,400.00 |
| 4/5/2016 | ML | TC w/Kettrles re: status | 0.2 | 100.00 | 100.00 |
| 4/5/2016 | ML | Notes to file re: plaintiffs' deps factual issues | 0.3 | 150.00 | 150.00 |
| 4/6/2016 | ML | Email w/ACC Jacobs re: available dates | 0.3 | 150.00 | 150.00 |
| 4/11/2016 | ML | Email w/ACC Jacobs re: dep transcripts and scheduling depos | 0.2 | 100.00 | 100.00 |
| 4/12/2016 | ML | Email w/ACC Jacobs re: dep trans to be exchanged or returned | 0.2 | 100.00 | 100.00 |
| 4/13/2016 | ML | TC w/ACC Jacobs re: Clyne dep, conf w/JA re: contacting Clyne | 0.3 | 150.00 | 150.00 |
| 4/14/2016 | ML | Review emails re: 11/10/15 conf transcrit, arrange payment | 0.2 | 100.00 | 100.00 |
| 4/15/2016 | ML | Email w/ACC Jacobs confirming Clyne dep | 0.1 | 50.00 | 50.00 |
| 4/18/2016 | ML | Draft revised amended complaint, draft stipulation re: consent | 1.3 | 650.00 | 650.00 |
| 4/18/2016 | ML | Email w/ACC Jacobs re: amended complaint and stip, filing same | 0.2 | 100.00 | 100.00 |
| 4/19/2016 | ML | TC w/ACC Jacobs re: Clyne dep | 0.1 | 50.00 | 50.00 |
| 4/20/2016 | ML | | | | |
| 4/20/2016 | ML | Meet w/Ryan Clyne to prep for dep | 1.5 | 750.00 | 750.00 |
| 4/20/2016 | ML | Attend Clyne dep | 2.5 | 1,250.00 | 1,250.00 |
| 4/20/2016 | ML | Notes to file re: Clyne dep and 1st floor issues | 0.3 | 150.00 | 150.00 |
| 4/20/2016 | ML | | | | |
| 4/21/2016 | ML | Organize dep exhibits and disc materials, reviewing dep transcripts | 1.8 | 900.00 | 900.00 |
| 4/22/2016 | ML | TC w/ACC Jacobs re: deps of new defendants | 0.2 | 100.00 | 100.00 |
| 4/24/2016 | ML | Review file to identify o/s legal issues (constructive liab and qi, liab for outside detention, supervisory liab), conf w/Khalil El Assaad re: same | 1.3 | 650.00 | 650.00 |
| 4/26/2016 | ML | Conf w/KEA re: supervisory liability issues | 0.3 | 150.00 | 150.00 |
| 4/27/2016 | ML | TC w/ACC Jacaobs re: Marcus dep (2x) | 0.3 | 150.00 | 150.00 |
| 4/27/2016 | ML | Review KEA research re: supervisory liab issues | 0.4 | 200.00 | 200.00 |
| 4/28/2016 | ML | | | | |
| 4/28/2016 | ML | Review file, prep for Russo dep | 1.0 | 500.00 | 500.00 |
| 4/29/2016 | ML | Draft outline for Russo dep, rev prior def transcripts, docs and exhibits | 2.5 | 1,250.00 | 1,250.00 |

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 4/29/2016 | ML | Attend Russo dep | 3.1 | 1,550.00 | 1,550.00 |
| 4/29/2016 | ML | Analyze defs dep testimony, outline possible issues (liab, Dunton, atty-client) | 0.4 | 200.00 | 200.00 |
| 4/29/2016 | ML | Draft supplemental disc dmds | 0.4 | 200.00 | 200.00 |
| 4/29/2016 | ML | Email w/ACC Jacobs confirming Jeanty dep | 0.1 | 50.00 | 50.00 |
| 4/30/2016 | ML | Research atty-client, reliance of counsel defense, conflict of counsel issues | 2.0 | 1,000.00 | 1,000.00 |
| 4/30/2016 | ML | Conf w/JN re: status of case, legal issues, strategic issues/decisions | 0.4 | 200.00 | 200.00 |
| 5/1/2016 | ML | Research, review NYPD Patrol Guide re: communications w/Legal, types of documents that should exist, review disc re: missing docs | 0.8 | 400.00 | 400.00 |
| 5/1/2016 | ML | TC w/ re: NYPD practices in consulting w/Legal, PG provisions applicable to case, categories of missing documents | 1.0 | 500.00 | 500.00 |
| 5/1/2016 | ML | Emails w , review report; examine file for missing docs | 1.1 | 550.00 | 550.00 |
| 5/2/2016 | ML | Prep for Carretta dep; review docs, research and notes | 2.2 | 1,100.00 | 1,100.00 |
| 5/2/2016 | ML | Attend Carretta dep | 2.2 | 1,100.00 | 1,100.00 |
| 5/2/2016 | ML | Email w/ACC Jacobs re: o/s discovery | 0.8 | 400.00 | 400.00 |
| 5/2/2016 | ML | Emails w/ re: additional information and ideas, review original report and materials | 1.5 | 750.00 | 750.00 |
| 5/3/2016 | ML | TC w/ACC Jacobs re: disc issues, status letter due 5/4 | 0.3 | 150.00 | 150.00 |
| 5/4/2016 | ML | Emails w/ACC Jacobs re: o/s answer and o/s doc production | 0.3 | 150.00 | 150.00 |
| 5/4/2016 | ML | Research atty-client issues | 2.5 | 1,250.00 | 1,250.00 |
| 5/4/2016 | ML | Continue research atty-client, reliance of counsel defense, conflict of counsel issues | 1.6 | 800.00 | 800.00 |
| 5/4/2016 | ML | Draft, file letter to Court re: atty-client, conflict issues raised at Marcus and Carretta deps | 2.2 | 1,100.00 | 1,100.00 |
| 5/6/2016 | ML | TC w/ACC Jacobs re: o/s docs and answer | 0.3 | 150.00 | 150.00 |
| 5/6/2016 | ML | Attend teleconf w/Court | 1.0 | 500.00 | 500.00 |
| 5/6/2016 | ML | Conf w/JA re: lit schedule | 0.2 | 100.00 | 100.00 |
| 5/6/2016 | ML | Research and review prior research of atty-client and advice of counsel defense issues | 1.3 | 650.00 | 650.00 |
| 5/9/2016 | ML | | | | |
| 5/10/2016 | ML | TC w/ACC Jacobs re: atty-client issue and Jeanty dep | 0.2 | 100.00 | 100.00 |
| 5/10/2016 | ML | Conf w/JA re: arrange Jeanty dep | 0.1 | 50.00 | 50.00 |
| 5/10/2016 | ML | TC w/Ali Kettrles re: status, | 0.2 | 100.00 | 100.00 |
| 5/11/2016 | ML | Email w/ACC Jacobs re: defs' o/s answer, review answer filed by City, Ortiz, Skelton | 0.4 | 200.00 | 200.00 |
| 5/11/2016 | ML | TC w/Ali Kettrles re: | 0.3 | 150.00 | 150.00 |
| 5/12/2016 | ML | Draft second amended complaint, forward to ACC Jacobs for approval | 4.2 | 2,100.00 | 2,100.00 |
| 5/12/2016 | ML | | | | |
| 5/12/2016 | ML | Conf w/KEA re: post-Marcus strategy and approach to litigation, identifying o/s tasks and deadlines | 1.0 | 500.00 | 500.00 |
| 5/13/2016 | ML | TC w/ACC Jacobs re: proposed second amended complaint | 0.3 | 150.00 | 150.00 |
| 5/13/2016 | ML | Review transcript bill | 0.2 | 100.00 | |

Thomas v. City of New York
14 CV 7513 (ENV) (VMS)

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 5/13/2016 | ML | Review Russo dep transcript | 1.3 | 650.00 | 650.00 |
| 5/15/2016 | ML | Confirm Clyne dep, tc w/ACC Jacobs re: filing amended pleading. | 0.3 | 150.00 | 150.00 |
| 5/16/2016 | ML | Reviewed proposed amended, tc w/ACC Jacobs | 0.6 | 300.00 | 300.00 |
| 5/18/2016 | ML | Revised second amended complaint, forwarded to ACC Jacobs, received consent, filed on ECF | 1.1 | 550.00 | 550.00 |
| 5/18/2016 | ML | Conf w/JA re: service issues for new defs, email w/ACC Jacobs re: service addresses for new defs | 0.2 | 100.00 | 100.00 |
| 5/19/2016 | ML | TC w/ACC Jacobs re: parties' position on atty-client issues, o/s deps | 0.3 | 150.00 | 150.00 |
| 5/19/2016 | ML | Conf w/KEA re: various open legal issues | 0.3 | 150.00 | 150.00 |
| 5/21/2016 | ML | Review hard copy of Russo transcript, pulling pages/quotes, outlining letter to court re: atty-client and waiver issues | 1.8 | 900.00 | 900.00 |
| 5/22/2016 | ML | Research Dunton and possible motion to disqualify counsel | 1.3 | 650.00 | 650.00 |
| 5/23/2016 | ML | Email w/ACC Jacobs re: production of Russo dep by PDF | 0.1 | 50.00 | 50.00 |
| 5/23/2016 | ML | TC w/Ali Kettrles re: | 0.2 | 100.00 | 100.00 |
| 5/23/2016 | ML | Conf w/JN re: status of case, legal issues, strategic issues/decisions | 0.4 | 200.00 | 200.00 |
| 5/23/2016 | ML | Draft letter to court re: plaintiffs' position on atty-client, advice of counsel, waiver, and conflict issues | 1.5 | 750.00 | 750.00 |
| 5/23/2016 | ML | Format Russo transcript | 0.1 | 50.00 | 50.00 |
| 5/24/2016 | ML | Email w/ACC Jacobs confirming Jeanty dep | 0.1 | 50.00 | 50.00 |
| 5/24/2016 | ML | | | | |
| 5/24/2016 | ML | Continue drafting letter to court re: atty-client and related issues | 2.8 | 1,400.00 | 1,400.00 |
| 5/25/2016 | ML | | | | |
| 5/25/2016 | ML | Attend Jeanty dep | 2.5 | 1,250.00 | 1,250.00 |
| 5/25/2016 | ML | | | | |
| 5/26/2016 | ML | Review defs' section of joint letter to court re: atty-client issues, research cites and revise plaintiffs' section | 3.0 | 1,500.00 | 1,500.00 |
| 5/26/2016 | ML | TC w/ACC Jacobs re: plaintiffs' amending letter to incorporate response to defs' section | 0.3 | 150.00 | 150.00 |
| 5/27/2016 | ML | Revise, forward to ACC Jacobs updated and final joint letter for review | 0.8 | 400.00 | 400.00 |
| 5/27/2016 | ML | Draft, file letter motion requesting ext of time to file joint letter | 0.4 | 200.00 | 200.00 |
| 5/31/2016 | ML | TC w/ACC Jacobs re: joint letter submission | 0.2 | 100.00 | 100.00 |
| 5/31/2016 | ML | Email w/ACC Jacobs, including modified joint letter | 0.2 | 100.00 | 100.00 |
| 5/31/2016 | ML | Revise joint letter per defs, create Ruso dep exhibit, file, | 0.8 | 400.00 | 400.00 |
| 5/31/2016 | ML | Review court order on ECF re: plaintiffs' 2/11/16 motion to compel | 0.4 | 200.00 | 200.00 |
| 6/1/2016 | ML | | | | |
| 6/2/2016 | ML | TC wACC Jacobs re: defs' req for ext of time to file supplemental papers | 0.2 | 100.00 | 100.00 |
| 6/7/2016 | ML | Emails w/ACC Jacobs re: service addresses for newly added defs | 0.3 | 150.00 | 150.00 |
| 6/7/2016 | ML | Review defs' motion to extend submission deadline | 0.1 | 50.00 | 50.00 |
| 6/8/2016 | ML | Review defs' proposed subpoena for Jeanty phone records | 0.2 | 100.00 | 100.00 |
| 6/8/2016 | ML | Review court order on ECF re: defs motion | 0.1 | 50.00 | 50.00 |

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 6/10/2016 | ML | Review BSGS order, analyze possible outcomes and strategic considerations | 1.0 | 500.00 | 500.00 |
| 6/13/2016 | ML | | | | |
| 6/14/2016 | ML | TC w/ACC Jacobs re: investigatory file | 0.3 | 150.00 | 150.00 |
| 6/14/2016 | ML | Review defs' motion re: add'l time to produce/settle investigatory file | 0.1 | 50.00 | 50.00 |
| 6/15/2016 | ML | TC w/ACC Jacobs EJ re: investigatory file, review court order on ECF | 0.3 | 150.00 | 150.00 |
| 6/17/2016 | ML | TC w/ACC Jacobs re: investigatory file (2x) | 0.4 | 200.00 | 200.00 |
| 6/17/2016 | ML | Emails w/ACC Jacobs memorializing agreement re: investigatory file | 0.2 | 100.00 | 100.00 |
| 6/23/2016 | ML | Email to ACC Jacobs re: o/s service address and investigatory file | 0.1 | 50.00 | 50.00 |
| 6/24/2016 | ML | Email and voicemail for ACC Jacobs re: o/s service info for new defs | 0.2 | 100.00 | 100.00 |
| 6/27/2016 | ML | TC w/ACC Jacobs re: service addresses, dep dates for Tevon Thomas and Lloyd Henry | 0.3 | 150.00 | 150.00 |
| 6/27/2016 | ML | Email w/ACC Jacobs re: remaining plaintiffs' deps, service info provided | 0.1 | 50.00 | 50.00 |
| 6/27/2016 | ML | Conf w/JA re: upcoming plaintiffs' deps and issuance of subpoenas for new defs with service addresses | 0.1 | 50.00 | 50.00 |
| 6/28/2016 | ML | Review file to identify remaining disc/legal issues | 0.4 | 200.00 | 200.00 |
| 6/29/2016 | ML | TC w/Ryan Clyne re: status | 0.2 | 100.00 | 100.00 |
| 6/30/2016 | ML | Email w/ACC Jacobs re: available dates for def deps, need for file | 0.2 | 100.00 | 100.00 |
| 7/5/2016 | ML | | | | |
| 7/6/2016 | ML | Meet w/Tevon Thomas to prep for dep | 1.5 | 750.00 | |
| 7/6/2016 | ML | Attend Tevon Thomas dep | 2.5 | 1,250.00 | 1,250.00 |
| 7/11/2016 | ML | Review defs' production of response to Jeanty phone rec subpoena | 0.2 | 100.00 | 100.00 |
| 7/12/2016 | ML | Email w/ACC Jacobs re: need for defs' available dates and the o/s investigatory file; tc w/ACC Jacobs re: same | 0.4 | 200.00 | 200.00 |
| 7/13/2016 | ML | Review file and prep for for 7/14 court conf | 0.5 | 250.00 | 250.00 |
| 7/14/2016 | ML | Email w/ACC Jacobs, tc w/court re: ACC Jacobs' req to adj conf; review court order on ECF re: adjournment | 0.4 | 200.00 | 200.00 |
| 7/20/2016 | ML | Email w/ACC Jacobs re: available dates for def deps, need for file | 0.1 | 50.00 | 50.00 |
| 7/22/2016 | ML | Email w/ACC Jacobs re: available dates for def deps, need for file | 0.3 | 150.00 | 150.00 |
| 7/22/2016 | ML | | | | |
| 7/22/2016 | ML | Review defs' supplemental disc (inv file) | 1.3 | 650.00 | 650.00 |
| 7/25/2016 | ML | Review court order on ECF adjourning conf | 0.1 | 50.00 | 50.00 |
| 7/25/2016 | ML | Email w/ACC Jacobs re: date for Marcus dep | 0.2 | 100.00 | 100.00 |
| 7/26/2016 | ML | Email w/ACC Jacobs re: various redactions to investigatory file | 0.1 | 50.00 | 50.00 |
| 7/26/2016 | ML | Review investigatory file, integrate into existing disc and compare to Ortiz dep transcript and docs | 1.5 | 750.00 | 750.00 |
| 7/28/16 | ML | Prep for court conf | 0.5 | 250.00 | 250.00 |
| 7/29/16 | ML | Travel to/from court conference | 0.8 | 400.00 | 200.00 |
| 7/29/16 | ML | Attend court conference | 1.5 | 750.00 | 750.00 |
| 8/2/16 | ML | TC w/ACC Jacobs re: avail dep dates, other disc issues | 0.4 | 200.00 | 200.00 |

Thomas v. City of New York
14 CV 7513 (ENV) (VMS)

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 8/2/16 | ML | TC w/Court re: Dunton hearing | 0.2 | 100.00 | 100.00 |
| 8/2/16 | ML | Email w/ACC Jacobs re: dep dates | 0.1 | 50.00 | 50.00 |
| 8/3/16 | ML | Email w/ACC Jacobs re: dep dates | 0.1 | 50.00 | 50.00 |
| 8/4/16 | ML | Review court orders on ECF | 0.1 | 50.00 | 50.00 |
| 8/5/16 | ML | Review court orders on ECF | 0.1 | 50.00 | 50.00 |
| 8/8/16 | ML | Review court order on ECF | 0.1 | 50.00 | 50.00 |
| 8/9/16 | ML | Attend Dunton hearing | 0.9 | 450.00 | 450.00 |
| 8/10/16 | ML | Review court scheduling order on ECF | 0.1 | 50.00 | 50.00 |
| 8/11/16 | ML | Email w/ACC Jacobs re: dep date for Ortiz | 0.3 | 150.00 | 150.00 |
| 8/12/16 | ML | Review supplemental disc responses | 0.4 | 200.00 | 200.00 |
| 8/15/16 | ML | | | | |
| 8/18/16 | ML | Email w/ACC Jacobs re: dep date for Ortiz | 0.1 | 50.00 | 50.00 |
| 8/18/16 | ML | Email w/ACC Jacobs re: dep date for Ortiz | 0.1 | 50.00 | 50.00 |
| 8/22/16 | ML | Review court order adjourning 8/23 Dunton hearing start time; emails w/ACC Jacobs re: defs' req to adjourn hearing time or date; joint call to court w/ACC Jacobs re: same | 0.4 | 200.00 | 200.00 |
| 8/25/16 | ML | TC w/Ali Kettrles re: status | 0.2 | 100.00 | 100.00 |
| 8/25/16 | ML | Attend Dunton hearing w/court; tc w/ACC Jacobs | 0.6 | 300.00 | 300.00 |
| 8/25/16 | ML | Analyzing file and settlement issues | 0.4 | 200.00 | 200.00 |
| 8/25/16 | ML | Review court order on ECF bounce re: resubmission of documents | 0.1 | 50.00 | 50.00 |
| 8/26/16 | ML | Review court orders on ECF, emails w/ACC Jacobs re: Marcus dep | 0.3 | 150.00 | 150.00 |
| 8/26/16 | ML | Assembling documents for Marcus dep outline | 1.5 | 750.00 | 750.00 |
| 8/29/16 | ML | Prep for Marcus dep, review defs' prior deps, report, existing dep exhibits, docs w/Marcus' name/sig | 4.5 | 2,250.00 | 2,250.00 |
| 8/29/16 | ML | Email w/ACC Jacobs re: disc issues | 0.3 | 150.00 | 150.00 |
| 8/30/16 | ML | Prep for Marcus dep, assemble exhibits, etc. | 1.3 | 650.00 | 650.00 |
| 8/30/16 | ML | Attend Marcus dep | 3.7 | 1,850.00 | 1,850.00 |
| 8/30/16 | ML | Analyze, compare Marcus testimony to Russo/Carretta | 0.8 | 400.00 | 400.00 |
| 8/30/16 | ML | Email w/ACC Jacobs re: various disc issues | 0.2 | 100.00 | 100.00 |
| 8/31/16 | ML | Email w/ACC Jacobs re: various disc issues, Lloyd Henry dep | 0.3 | 150.00 | 150.00 |
| 8/31/16 | ML | Review defs' supplemental production of audio recordings | 2.3 | 1,150.00 | 1,150.00 |
| 8/31/16 | ML | Conf w/JA re: Lloyd Henry's availability | 0.1 | 50.00 | 50.00 |
| 9/1/16 | ML | Review webcrims re: Jeanty crim case | 0.1 | 50.00 | |
| 9/1/16 | ML | TC w/ACC Jacobs re: disc issues | 0.2 | 100.00 | 100.00 |
| 9/1/16 | ML | TC w/Brandon Thomas re: audio recordings | 0.3 | 150.00 | 150.00 |
| 9/1/16 | ML | | | | |
| 9/1/16 | ML | Review, digest audio files | 1.8 | 900.00 | 900.00 |
| 9/1/16 | ML | Confirm Russo dep | 0.1 | 50.00 | 50.00 |
| 9/1/16 | ML | Research existence of PC re: first floor gambling arrests | 2.2 | 1,100.00 | 1,100.00 |

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 9/1/16 | ML | Research law enfor access to tel recordings | 1.0 | 500.00 | 500.00 |
| 9/2/16 | ML | Draft, serve letter to ACC Jacobs re: audio files | 1.1 | 550.00 | 550.00 |
| 9/2/16 | ML | Research law enfor access to tel recordings (cont.) | 1.0 | 500.00 | 500.00 |
| 9/2/16 | ML | Email to ACC Jacobs re: defs' o/s answer to second amended complaint | 0.2 | 100.00 | 100.00 |
| 9/3/16 | ML | Prep, outline for Russo dep | 4.5 | 2,250.00 | 2,250.00 |
| 9/5/16 | ML | Prep for Russo dep | 2.5 | 1,250.00 | 1,250.00 |
| 9/5/16 | ML | Review o/s disc issues, email w/ACC Jacobs re: same | 0.5 | 250.00 | 250.00 |
| 9/6/2016 | ML | TC w/ACC Jacobs re: anticipated motion to preclude audio recordings | 0.4 | 200.00 | 200.00 |
| 9/7/2016 | ML | Draft motion to preclude audio recordings | 0.5 | 250.00 | 250.00 |
| 9/7/2016 | ML | Review, revise o/l for Russo dep | 0.5 | 250.00 | 250.00 |
| 9/8/2016 | ML | Prep for Russo dep, assemble and organize exhibits | 0.5 | 250.00 | 250.00 |
| 9/8/2016 | ML | Attend Russo dep | 2.6 | 1,300.00 | 1,300.00 |
| 9/8/2016 | ML | Review Dwayne Jones recordiings, other arrests, 50H transcript | 2.5 | 1,250.00 | 1,250.00 |
| 9/9/2016 | ML | TC w/Ryan Clyne, Brandon Thomas, re: poss settlement issues | 0.5 | 250.00 | 250.00 |
| 9/10/2016 | ML | Prep for for Ortiz dep | 1.5 | 750.00 | 750.00 |
| 9/12/2016 | ML | Draft, edit motion to preclude audio files | 3.0 | 1,500.00 | 1,500.00 |
| 9/13/2016 | ML | Revise, file motion to preclude audio files | 1.2 | 600.00 | 600.00 |
| 9/13/2016 | ML | Conf w/LH re: Lloyd Henry dep | 0.1 | 50.00 | 50.00 |
| 9/14/2016 | ML | Meet w/Lloyd Henry to prep for dep | 1.3 | 650.00 | 650.00 |
| 9/14/2016 | ML | | | | |
| 9/14/2016 | ML | Attend Henry dep | 2.5 | 1,250.00 | 1,250.00 |
| 9/14/2016 | ML | Conf w/JA re: missing transcripts | 0.2 | 100.00 | 100.00 |
| 9/14/2016 | ML | TC w/Dwyte Pilgrim re: status, settlement (2x) | 0.4 | 200.00 | 200.00 |
| 9/15/2016 | ML | email to EJ re: disc issues (and d's failure to rsp to email) | 0.4 | 200.00 | 200.00 |
| 9/15/2016 | ML | prep for JO dep (rev prior dep trans and exhibits_ | 4.2 | 2,100.00 | 2,100.00 |
| 9/15/2016 | ML | prep/take Ortiz dep | 3.7 | 1,850.00 | 1,850.00 |
| 9/15/2016 | ML | Email w/ACC Jacobs following up on 9/5 email to defs | 0.3 | 150.00 | 150.00 |
| 9/19/2016 | ML | Review o/s disc issues and prior emails to defs | 0.8 | 400.00 | 400.00 |
| 9/20/2016 | ML | Draft status report | 2.6 | 1,300.00 | 1,300.00 |
| 9/21/2016 | ML | Revise, file status report | 1.1 | 550.00 | 550.00 |
| 9/22/2016 | ML | Review defs' motion to adj conference, email w/ACC Jacobs re: same | 0.2 | 100.00 | 100.00 |
| 9/29/2016 | ML | TC w/ACC Jacobs re: additional disc, investigative file and Kettrles | 0.3 | 150.00 | 150.00 |
| 9/29/2016 | ML | Review disc from defs, including Marcus memo book, audio file docs, investigative file | 1.0 | 500.00 | 500.00 |
| 9/29/2016 | ML | Meet w/Markous Fray to review audio files and dep transcript | 1.5 | 750.00 | 750.00 |
| 9/30/2016 | ML | Review status and motion letters to prep for court conf | 1.1 | 550.00 | 550.00 |
| 9/30/2016 | ML | Travel to/from court for conf | 0.8 | 400.00 | 200.00 |
| 9/30/2016 | ML | Attend court conf | 1.5 | 750.00 | 750.00 |

Thomas v. City of New York
14 CV 7513 (ENV) (VMS)

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 9/30/2016 | ML | | | | |
| 9/30/2016 | ML | Review ECF bounces re: status conf and Court order | 0.1 | 50.00 | 50.00 |
| 9/30/2016 | ML | TC w/Ali Kettrles re: settlement, status | 0.2 | 100.00 | 100.00 |
| 9/30/2016 | ML | | | | |
| 10/3/2016 | ML | Review list of o/s transcripts, conf w/JA re: forwarding defs' transcripts per 30(3), email to ACC Jacobs re: o/s production of pltfs' transcripts | 0.7 | 350.00 | 350.00 |
| 10/4/2016 | ML | | | | |
| 10/5/2016 | ML | | | | |
| 10/7/2016 | ML | Draft PMC letter | 2.0 | 1,000.00 | 1,000.00 |
| 10/7/2016 | ML | TC w/ACC Jacobs re: o/s discovery | 0.3 | 150.00 | 150.00 |
| 10/10/2016 | ML | | | | |
| 10/14/2016 | ML | Review defs' answer, defs' supplemental discovery production | 1.1 | 550.00 | 550.00 |
| 10/18/2016 | ML | Draft, edit PMC | 1.2 | 600.00 | 600.00 |
| 10/19/2016 | ML | TC w/Ravin Cox re: status, possible SJ motion practice | 0.4 | 200.00 | |
| 10/19/1t6 | ML | TC w/Dwyte Pilgrim re: settlement, possible SJ motion practice | 0.3 | 150.00 | 150.00 |
| 10/19/2016 | ML | | | | |
| 10/20/2016 | ML | TC w/ACC Jacobs re: status letter to Court, review and edit proposed ltr | 1.0 | 500.00 | 500.00 |
| 10/20/2016 | ML | | | | |
| 10/20/2016 | ML | | | | |
| 10/20/2016 | ML | TC w/Dwyte Pilgrim re: status | 0.1 | 50.00 | 50.00 |
| 10/21/2016 | ML | TC w/ACC Jacobs re: status letter, file status ltr | 0.5 | 250.00 | 250.00 |
| 10/24/16 | ML | Review defs' motion to adj defs' deadline to file PMC letter, analyze options | 0.4 | 200.00 | 200.00 |
| 10/28/16 | ML | Reviiew research, finalize decision re: moving for Ravin Cox, edit and file PMC letter | 1.7 | 850.00 | 850.00 |
| 11/10/16 | ML | Emails w/Jobe Leemow re: status of case, upcoming motion practice | 0.4 | 200.00 | 200.00 |
| 11/14/16 | ML | TC w/ACC Jacobs re: defs' request to adj deadline for PMC letter | 0.2 | 100.00 | 100.00 |
| 11/14/16 | ML | Review defs' letter motion, Court order on motion | 0.2 | 100.00 | 100.00 |
| 11/23/16 | ML | Review defs' PMC letter | 0.5 | 250.00 | 250.00 |
| 11/25/16 | ML | Draft response to defs' PMC letter | 3.5 | 1,750.00 | 1,750.00 |
| 11/26/16 | ML | File response to defs' PMC letter | 0.1 | 50.00 | 50.00 |
| 12/7/16 | ML | Conf w/JA re: missing PDF of Marcus transcript | 0.1 | 50.00 | 50.00 |
| 12/15/2016 | ML | | | | |
| 12/19/2016 | ML | Review ECF bounce re: scheduling order | 0.2 | 100.00 | 100.00 |
| 12/19/2016 | ML | TC w/Ryan Clyne re: settlement, status of case | 0.2 | 100.00 | 100.00 |
| 12/19/2016 | ML | TC w/ACC Jacobs re: scheduling order | 0.2 | 100.00 | 100.00 |
| 12/19/2016 | ML | Conf w/JA re: arranging calendar to accommodate SJ schedule | 0.2 | 100.00 | 100.00 |
| 12/20/2016 | ML | Draft, email ACC Jacobs proposed briefing schedule | 0.3 | 150.00 | 150.00 |
| 12/28/2016 | ML | Email to ACC Jacobs re: proposed briefing schedule | 1.0 | 500.00 | 500.00 |
| 1/3/2017 | ML | | | | |

Thomas v. City of New York
14 CV 7513 (ENV) (VMS)

| Date | Atty | Activity | Time | Fee | Req Fee |
|---|---|---|---|---|---|
| 1/3/2017 | ML | Emails w/ACC Jacobs re: briefing schedule | 0.1 | 50.00 | 50.00 |
| 1/4/2017 | ML | Conf w/JA re: still-missing pltfs' dep transcripts | 0.2 | 100.00 | 100.00 |
| 1/5/2017 | ML | Email to ACC Jacobs re: briefing schedule | 0.1 | 50.00 | 50.00 |
| 1/5/2017 | ML | | | | |
| 1/6/2017 | ML | Emails w/ACC re: ACC Jacobs re: letter on briefing schedule | 0.4 | 200.00 | 200.00 |
| 1/6/2017 | ML | | | | |
| 1/6/2017 | ML | Review motion, Court order on motion | 0.2 | 100.00 | 100.00 |
| 1/19/2017 | ML | Organize file to prep for MSJ | 1.5 | 750.00 | 750.00 |
| 1/21/2017 | ML | | | | |
| 1/21/2017 | ML | | | | |
| 1/21/2017 | ML | Email to ACC Jacobs re: o/s pltfs' transcripts | 0.2 | 100.00 | 100.00 |
| 1/27/2017 | ML | Email to ACC Jacobs re: o/s pltfs' transcripts | 0.2 | 100.00 | 100.00 |
| 1/30/2017 | ML | TC w/ACC Jacobs re: R68 offers, dep transcripts | 0.3 | 150.00 | 150.00 |
| 1/30/2017 | ML | Review courtesy copies of R68 offers | 0.2 | 100.00 | 100.00 |
| 1/30/2017 | ML | TC w/Brandon Thomas re: R68 offer | 0.4 | 200.00 | 200.00 |
| 1/30/2017 | ML | TC w/Ryan Clyne re: R68 offer | 0.4 | 200.00 | 200.00 |
| 1/30/2017 | ML | Conf w/JN re: R68 offers, impact on SJ motions, remainder of case | 0.3 | 150.00 | 150.00 |
| 1/30/2017 | ML | Conf w/JA re: R68 offers, contacting clients re: same | 0.2 | 100.00 | 100.00 |
| | | | 427.4 | 213,700.00 | 181,950.00 |